IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 19-md-2879<br><br>Judge Paul W. Grimm |
| This Document Relates To:<br><br>DENNIS MCGRATH, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., ARNE M. SORENSON, KATHLEEN KELLY OBERG, BAO GIANG VAL BAUDUIN, BRUCE HOFFMEISTER, MARY K. BUSH, FREDERICK A. HENDERSON, LAWRENCE W. KELLNER AYLWIN B. LEWIS, and GEORGE MUÑOZ<br><br>Defendants. | This document relates to Case No. 8:19-cv-00368-PWG |

**DEFENDANTS' MOTION TO DISMISS
THE THIRD AMENDED CLASS ACTION COMPLAINT**

Defendants Marriott International, Inc., Arne Sorenson, Kathleen Oberg, Bao Giang Val Bauduin, Bruce Hoffmeister, Mary Bush, Frederick Henderson, Lawrence Kellner, George Muñoz, and Aylwin Lewis, by and through their undersigned counsel, respectfully move to dismiss with prejudice the Third Amended Consolidated Class Action Complaint for Violations of Federal Securities Laws pursuant to the Private Securities Litigation Reform Act of 1995, and Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure.

Pursuant to Local Rule 105.6, Defendants hereby request a hearing on this motion.

                                      Respectfully submitted,

Dated:  September 8, 2020            /s/    Jason J. Mendro
                                                    Jason J. Mendro (Bar No. 17609)
                                                    Jeffrey S. Rosenberg (Bar No. 16736)
                                                    GIBSON, DUNN & CRUTCHER LLP
                                                    1050 Connecticut Avenue, N.W.
                                                    Washington, DC  20036
                                                    Telephone:  (202) 955-8500
                                                    Facsimile: (202) 530-9550
                                                    jmendro@gibsondunn.com
                                                    jsrosenberg@gibsondunn.com

                                                    Adam H. Offenhartz (pro hac vice)
                                                    Laura K. O'Boyle (pro hac vice)
                                                    GIBSON, DUNN & CRUTCHER LLP
                                                    200 Park Avenue
                                                    New York, NY  10166
                                                    Telephone: (212) 351-4000
                                                    Fax: (212) 315-4036
                                                    aoffenhartz@gibsondunn.com
                                                    loboyle@gibsondunn.com

                                                   *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September 2020, I caused the foregoing Motion to Dismiss the Third Amended Class Action Complaint to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/   Jason J. Mendro
Jason J. Mendro (Bar No. 17609)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  (202) 955-8500
Facsimile: (202) 530-9550
jmendro@gibsondunn.com

*Attorney for Defendants*