**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | | |
|---|---|---|
| **IN RE: MARRIOTT INTERNTIONAL, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | * * | |
| | * | **MDL No. 19-md-2879** |
| *SECURITIES ACTIONS* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons explained in the foregoing MEMORANDUM OPINION, it is, on this 11th day of June, 2021, by the United States District Court for the District of Maryland, hereby ORDERED that the Defendants' motion to dismiss, ECF No. 647, is GRANTED. Plaintiff's Third Amended Consolidated Class Action Complaint for Violations of Federal Securities Laws, ECF No. 609, is DISMISSED WITH PREJUDICE.

The CLERK is directed to CLOSE case number 19-cv-368-PWG and terminate that case from the above-captioned multidistrict litigation.

/S/
Paul W. Grimm
United States District Judge